IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-59-FL

| | |
|---|---|
| TITAN TECHNOLOGY PARTNERS, LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVIAT U.S., INC. )<br>formerly known as )<br>Harris Stratex Networks Operating )<br>Corporation, )<br>)<br>Defendant. )<br>_____ )<br>)<br>AVIAT U.S., INC. )<br>formerly known as )<br>Harris Stratex Networks Operating )<br>Corporation, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TITAN TECHNOLOGY PARTNERS, )<br>LIMITED, )<br>)<br>Counterdefendant.. ) | ORDER |

The court has been advised that the parties have settled all matters in controversy among them and settlement documentation was to be filed by December 3, 2011, such deadline passing with no filing on the court's docket. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by January 4, 2012.

**The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Wednesday, January 4, 2012.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 11th day of December, 2011.

LOUISE W. FLANAGAN
United States District Judge